FILED

OCT 2 1 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 26-30132-DWD |
| | ) | |
| CORTEZ D. BURGESS, | ) | Title 18, United States Code, |
| | ) | Sections 922(n) and 924(a)(1)(D) |
| Defendant. | ) | |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT 1**
**ILLEGAL RECEIPT OF A FIREARM WHILE UNDER INDICTMENT**

On or about September 22, 2026, in St. Clair County, within the Southern District of Illinois,

**CORTEZ D. BURGESS,**

defendant, who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit: Rape in the First Degree in the Circuit Court for the City of St. Louis in case number 2322-CR02502-01, did willfully receive a firearm, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

**FORFEITURE OF FIREARMS ALLEGATION**

Upon conviction of the offense alleged in Count 1 of this Indictment,

**CORTEZ D. BURGESS,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in or used in any knowing violation of the offense described in Count 1 of this Indictment, including

but not limited. to the following: Masterpiece Arms Defender, 9mm pistol, bearing serial number FX18127, and any and magazines and ammunition seized.

[redacted]

Digitally signed by STEVEN WEINHOEFT
Date: 2026.10.16 14:24:37 -05'00'

STEVEN D. WEINHOEFT
United States Attorney

KIMBERLY S. ARSHI
Assistant United States Attorney